**Teresa de Jesus LOSADA, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 04–76512.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 15, 2011.*

Filed March 9, 2011.

Dov A. Waisman, Esq., Sidley Austin, LLP, Los Angeles, CA, for Petitioner.

CAC—District Counsel, Esq., Los Angeles, CA, Ronald E. Lefevre, Chief Counsel, San Francisco, CA, Anh–Thu P. Mai, Esq. Julia Doig Wilcox, DOJ—U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: CANBY, FERNANDEZ, and M. SMITH, Circuit Judges.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Teresa De Jesus Losada, a native and citizen of Colombia, petitions pro se for review of the Board of Immigration Appeals' ("BIA") order denying her motion to remand. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to remand, *Romero–Ruiz v. Mukasey*, 538 F.3d 1057, 1062 (9th Cir.2008), and we deny the petition for review.

The BIA did not abuse its discretion by denying Losada's motion to remand on the ground that she failed to submit evidence showing prima facie eligibility for cancellation of removal. *See id.* at 1063–64 (motion to remand must be accompanied by proof of prima facie eligibility for the relief sought).

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.